FILED
2016 Jan-15 AM 10:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| Nicholas B. McRae | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:14-cv-2092 |
| | ) | |
| CSX Transportation, Inc. | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT OF MEDIATOR**

The above matter was mediated by the undersigned on January 8, 2016. As a result of the mediation, the parties reached a settlement which effectively disposes of all claims in this matter.

In accordance with the settlement agreement, counsel for the parties will submit such proposed orders as they deem fit with the request that the action, in its entirety, be dismissed, with prejudice, taxing costs as paid.

Respectfully submitted,

_____
Michael B. Walls, Mediator, WAL067
UPCHURCH WATSON WHITE & MAX
2000A Southbridge Parkway, Ste. 400
Birmingham, AL 35209
Telephone: 205/933-9033

CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the above and foregoing Report of Mediator on counsel as follows by placing same in the U.S. Mail, properly addressed and first class postage prepaid on this 13th day of January, 2016.

Kerry McDonald, Esq.
**McDonald & Dotson**
1301 Kingsway Lane
Vestavia Hills, AL 35243-2177

J. Anderson Harp, Esq.
**The Law Office of J.A. Harp, LLC**
6001 River Road, Suite 210
Columbus, GA 31904

M. Wade Richardson, Esq.
**RichardsonClement PC**
100 Corporate Parkway, One Lake Level
Birmingham, AL 35242

_____
Michael B. Walls, Mediator