# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **NICHOLAS B. MCRAE,** | } |
| Plaintiff, | } |
| v. | } Case No.: 2:14-cv-02092-MHH |
| **CSX TRANSPORTATION, INC.,** | } |
| Defendant. | } |

## ORDER

Plaintiff Nicholas McRae and defendant CSX Transportation, Inc. have filed a joint stipulation of dismissal with prejudice. (Doc. 23). The Court **ORDERS** that this action is **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees. The Court **DIRECTS** the Clerk of Court to please close the file.

**DONE** and **ORDERED** this February 5, 2016.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE